# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINH D., | No. CV 24-0048-E |
| Petitioner, | |
| v. | JUDGMENT |
| MARTIN O'MALLEY, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Respondent. | |

    IT IS HEREBY ADJUDGED that judgment is entered in favor of Defendant and the action is dismissed with prejudice.

    DATED: May 30, 2024.

/S/
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE